1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS JOHN WALKER,

               Petitioner,

   v.

SCOTT SPEER,

               Respondent.

Case No. C24-2101-JHC-MLP

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation, to which no objections were filed.

(2)     Petitioner's petition for writ of habeas corpus (Dkt. # 13) and this action are DISMISSED without prejudice.

(3)     Petitioner's Amended Motion for Stay of Proceedings (Dkt. # 12) is DENIED as moot.

ORDER - 1

(4)    In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

(5)    The Clerk is directed to send copies of this Order to Petitioner and to Judge Peterson.

Dated this 7th day of July, 2025.

_John H. Chun_
John H. Chun
United States District Judge

ORDER - 2